IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

KEENAN MCDONALD,

Defendant.

CASE NO.: 4:19-cr-142

**ORDER**

The Court **DENIES** Defendant Keenan McDonald's Motions to Reduce Sentence, (docs. 37 & 40), Motion for Time Served, (doc. 38) and Motion to Appoint Counsel, (doc. 41). As explained in the Court's January 19, 2024, Order, regardless of any guideline amendments, Defendant's sentence is necessary to achieve the purposes set out in 18 U.S.C. § 3553. In particular, as reflected in the Court's upward variance at sentencing, the sentence is necessary to reflect the seriousness of Defendant's offense conduct. As for Defendant's request for time served, the calculation of the time that Defendant has served rests within the purview of the Bureau of Prisons. Defendant is not entitled to counsel on his post judgment motions, and none of the arguments he has presented warrant the appointment of counsel.

**SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA